In the Matter of PENNSYLVANIA WHISKEY DISTRIBUTING CORPORATION, Respondent, against HENRY E. BRUCK-MAN et al., Constituting the State Liquor Authority, Appellants.

Argued January 22, 1940; decided March 5, 1940.

*Monroe I. Katcher, II,* and *Francis V. McHugh* for appellants.

*Samuel Bernstein* for New York State Wholesale Beer Distributors Association, *amicus curiæ.*

*Samuel Robert Weltz* and *Benjamin M. Franklin* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.